PASO ROBLES MERCANTILE CO., PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 28038.   Promulgated November 30, 1929.

*Philip G. Sheehy, Esq.,* for the petitioner.
*R. W. Wilson, Esq.,* for the respondent.

416

OPINION.

GREEN: The same parties in *Paso Robles Mercantile Co.*, 12 B. T. A. 750, presented to us the identical issue here raised and we there held that "a tax erroneously determined on a calendar year basis should be credited on the tax shown due on a fiscal year basis in proportion to the months in the respective calendar years making up the fiscal year." We find no occasion to alter the opinion there expressed.

*Judgment will be entered under Rule 50.*